IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 06-371 |
| | ) |
| JOSEPH JOHN GILBERT, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 29th day of March, 2007, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered November 14, 2006, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Thursday, April 5, 2007 at 11 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: James H. Love,
    Assistant United States Attorney

    Marketa Sims,
    Assistant Federal Public Defender

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation