IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 06-371 |
| | ) | |
| JOSEPH JOHN GILBERT | ) | |

**ORDER**

AND NOW, to wit, this 21st day of May, 2010, the Court having considered the government's Motion for Order Authorizing Destruction of Contraband,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Special Agents of the Federal Bureau of Investigations shall forthwith destroy the following items:

A. One McDonald's bag

    B. One plastic bag with possible drug residue

    C. One glass crack pipe with drug residue

    D. One box containing the following:

        1. 1 Multi-Form request time off - Strine

        2. 1 Sketcher bag with numerous dirty socks

        3. Pair blue jeans

        4. 4 pair of sweat pants (2 black, 1 blue, 1 grey)

        5. 14 T-Shirts - White

        6. 6 pair of boxer underwear

        7. 1 child baby blue blanket

        8. 1 Nautica yellow t-shirt

  9. 4 hooded sweatshirts (1 black, 2 grey, 1 black/grey)

  10. 3 female undergarments

  11. 1 white sweater

  12. 1 blue South Pole sweater

  13. 1 Apartment Guide - Central PA

  14. 1 Deodorant

E. One glass crack pipe with possible drug residue

F. One prescription pill bottle with possible drug residue

G. One glass crack pipe inside plastic evidence bag with collection envelope

H. One plastic fuse case with possible drug residue

I. One plastic bag containing brown leafy substance

J. One Box containing the following:

  1. 1 large blue multi-pocketed sports bag (Protégé Sport)

  2. 1 Pair Zuza Sandle (Flip-Flop) Shoes

  3. 1 pair headphones

  4. 2 packages of Fruit of the Loom A shirts (10 each)

  5. 1 package of men's Lo-Cut socks (6 each)

  6. 1 package of Jockey boxer briefs (2 each)

  7. 2 pairs of Fruit of the Loom briefs

  8. 1 dirty T-shirt

9. 1 box of cotton socks
10. 1 compact disk (scratches)
11. 2 toothbrushes
12. Personal hygiene items - Deodorant, Soap, Aleve

K. One bag containing red pills
L. One plastic container with a white substance sealed in a small bag
M. One box containing the following:
1. 1 rear-view mirror
2. 2 swabs
3. 1 lifted print
N. Two Motorola telephones with chargers (serial #s 364KGJ572P and 364KGJ572F)
O. One empty cell phone package with instructions
P. One bag containing 8 baseball hats as follows:
1. 1 light blue New York Yankees hat
2. 2 light blue North Carolina "Tarheels" hats
3. 1 dark blue Notre Dame Irish hat
4. 1 dark blue North Carolina "Carolina" hat
5. 1 light blue hat with the outline of a foot on the front and "Carolina" on the back

6. 1 light blue North Carolina "Tarheels" hat

7. 1 light blue North Carolina hat

/s/ signature
CHIEF UNITED STATES DISTRICT JUDGE

cc: all counsel of record